Marcellus W. Lewis
3778 Deer Forest Dr.
Memphis, TN 38115
901-480-5085
marcellus.lewis@gmail.com

RECEIVED

2021 MAY 26  PM 3: 39

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TENNESSEE

MARCELLUS W. LEWIS,

        Complainant,

vs.

DEPARTMENT OF VETERANS AFFAIRS

SECRETARY OF VETERANS AFFAIRS, DENIS MCDONOUGH

        Defendant,

## COMPLAINT

### INTRODUCTION

1. This action is brought for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, from violations by Defendant Department of Veteran Affairs, of the right of Plaintiff Marcellus W. Lewis to be free from discrimination based on reprisal, subjecting employee to retaliatory harassment, and failure to provide a Right of Notice on Reassignment.

### JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the statutes, as well as 28 U.S.C. 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. 1981, 1983 and 1985(3), as amended by the Civil

rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

**PARTIES**

3. Plaintiff resides at:    3778 Deer Forest Dr., Memphis, TN. 38115

Defendants resides at, or business is located at:    810 Vermont Ave., N.W., Washington, D.C. 20420

**REQUEST FOR APPOINTMENT OF COUNSEL**

4. Your Honor, I am not trained in the practice of law and is requesting legal counsel to represent me in this case.

**STATEMENT OF FACTS**

5. Title VII supports employees to be free of reprisals of other employees by employees and the reporting of false allegations. I reported an issue to Supervisor Debra Mayo about employee Paul Fischer on 11/29/2019; email dated 11/29/2019.

11 days after reporting my issue to Supervisor Debra Mayo employee Paul Fischer was documenting and reporting false allegations to Supervisor Debra Mayo of my whereabouts. Employee Paul Fischer reported a Calendar Log dated 12/10/2019, 12/11/2019 and 12/13/2019 of my whereabouts. Supervisor Debra Mayo from the reporting of my whereabouts by employee Paul Fischer Calendar Logs interrogated me in two (2) settings with a witness Lead Medical Support Assistant Tammie Shorty regarding the reports of my

whereabouts from employee Paul Fischer Calendar Log reports of my whereabouts.

Without any Notice of Reassignment. I was retaliated against and threaten in email dated 12/12/2019, from Supervisor Debra Mayo to move from NONCO PACT 12 to NONCO PACT 04. In the reassignment, the evidence of the "adverse employment action", from NONCO PACT 12 to NONCO PACT 04, is the change in "CPRS Clinic Profiles" a change and update showing the reassignment. The Defendant will argue that it was simply a moved next door. A notice of a formal request was submitted by VA Business Office Managing Officials and signed off by VA OI&T Managing Officials to make the Clinical Profile changes in CPRS between the two NONCO PACT's.

Supervisor Debra Mayo made an "adverse employment action" in reassigning me from NONCO PACT 12 to NONCO PACT 04, and made that decision without any proper Notice or any type of VA Form's i.e., VA Form 0857A, VA Form 0857h, VA Form 0857c, VA Form 0857j. Or any documentation concerning the action of reassignment including notice, response, and final decision letters.

In the case of **Burlington Northern & Santa Fe Railway Co. v. White, 548 U.S. 53 (2006)**, whereby the court decided on retaliatory discrimination claims under Title VII of the Civil Rights Act of 1964. Revising and including any adverse employment decisions that would likely dissuade a "reasonable worker" from making or supporting a charge of discrimination.

In *White v. Burlington N. & Santa Fe Ry. Co. 364 F. 3d 789, 792 (6ᵗʰ Cir. 2004)*, the Sixth Circuit reversed the lower court holding that the actions were an adverse employment action in the changing of responsibilities within the same job category without proper Notice of reassignment.

## RELIEF

6. Wherefore, plaintiff prays that the Court grant the following relief: Attorney fees, compensatory, punitive, and injunctive relief, promotion, and reassignment.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26ᵗʰ day of May, 2021, a copy of the Complaint was mailed, postage prepaid, to Department of Veterans Affairs, Office of the General Counsel (024), 810 Vermont Ave., N.W. Washington, D.C. 20420, counsel for Defendant.

*Marcellus W. Lewis*

SIGNATURE OF PLAINTIFF
Marcellus W. Lewis

3778 Deer Forest Dr

ADRESS

Memphis, TN. 38115

05/26/2021

DATE